AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| WESAM AL DELAEMA,<br>also known as Wesam Khalaf Chayed Delaeme<br>DOB: 2/15/1973 | CASE NUMBER: |

(Name and Address of Defendant)

I, MICHAEL R. O'CALLAGHAN, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**See Attachment A.**

in violation of Title __18__ United States Code, Section(s) 2332(b)(2), 2332a(a)(1)&(3), 924(c), 924(o) and 2.

I further state that I am __Michael R. O'Callaghan, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, GREGG A. MAISEL   (202) 514-7746
Sworn to before me and subscribed in my presence,

Signature of Complainant
Michael R. O'Callaghan, Special Agent
Federal Bureau of Investigation

_____
Date

at   Washington, D.C.
      City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer