IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

**ORDER**

Having considered the Government's Motion for DNA and Hair Samples, and based on the record herein, it is HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The defendant, WESAM AL DELAEMA, also known as WESAM KHALAF CHAYED DELAEME, shall submit to the taking of buccal (oral) swabs and pulled and combed hair samples from his person.

3. Said buccal (oral) swabs and pulled and combed hair samples shall be taken in accordance with Federal Bureau of Investigation protocols governing the collection and maintenance of known samples of biological material.

IT IS SO ORDERED.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE

_____
Date

Copies to:

Gregg A. Maisel
Assistant U.S. Attorney
National Security Section
555 Fourth Street, N.W. - Room 11-450
Washington, D.C.  20530

Matthew P. Cohen
Assistant U.S. Attorney
National Security Section
555 Fourth Street, N.W. - Room 11-439
Washington, D.C.  20530

Robert Tucker
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004