UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

### NOTICE OF APPEARANCE

The United States of America, through its undersigned counsel, hereby gives notice that Assistant United States Attorney Matthew P. Cohen is entering his appearance as additional counsel for the government. AUSA Cohen's D.C. Bar number is 469-629; his phone number is (202) 514-7427; his room number is 11-439; and his e-mail address is Matthew.Cohen2@usdoj.gov.

Respectfully submitted,


Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
GREGG A. MAISEL
Assistant U.S. Attorney
D.C. Bar # 447-902
National Security Section
555 4th Street, N.W., Rm. 11-450
Washington, D.C. 20530
(202) 514-7746

/s/
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
National Security Section
555 4th Street, N.W., Rm. 11-439
Washington, D.C. 20530
(202) 514-7427