# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 05-337 | MAGIS. NO: |
|---|---|---|
| V.<br>Wesam Al Delaema<br>aka<br>Wesam Khalaf Chayed Delaeme<br><br>DOB: 2/15/1973    PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Wesam Al Delaema, aka<br>Wesam Khalaf Chayed Delaeme | |

FILED

WARRANT ISSUED ON THE: Indictment

DISTRICT OF ARREST

JAN 29 2007

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Conspiracy to Murder United States Nationals Outside the United States)
(Conspiracy to Use a Weapon of Mass Destruction)
(Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of an Explosive)
(Possession of a Destructive Device During a Crime of Violence)
(Conspiracy to Possess a Destructive Device During a Crime of Violence)
(Teaching or Demonstrating the Making or Use of an Explosive with Intent to Further a Crime of Violence)
(Aiding and Abetting and Causing an Act to be Done)

For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
by _____ Deputy Clerk

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 2332(b)(2)
18 U.S.C. § 2332a(a)(1)&(3)
18 U.S.C. §§ 844(f)(2)&(n)

18 U.S.C. §§ 924(c)(1)(A)&(B)(ii)
18 U.S.C. §924(o)
18 U.S.C. § 842(p)(2)(A)

18 U.S.C. § 2

| BAIL FIXED BY COURT: HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: |
|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>/s/ Facciola | DATE ISSUED:<br>September 9, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>SEP 09 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>09/09/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>John M. Patarini<br>Special Agent<br>Federal Bureau of Investigation | SIGNATURE OF ARRESTING OFFICER<br>John M. Patarini |
|---|---|---|
| DATE EXECUTED<br>01/27/2007 | | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

WESAM AL DELAEMA,
also known as Wesam Khalaf Chayed Delaeme

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0420M - 01

**FILED**
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WESAM AL DELAEMA__
                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Murder a United States National Outside the United States
Conspiracy to Use a Weapon of Mass Destruction
Possession of a Destructive Device During a Crime of Violence
Conspiracy to Possess a Destructive Device During a Crime of Violence
Aiding and Abetting and Causing an Act to be Done

in violation of Title __18__ United States Code, Section(s) __2332(b)(2), 2332a(a)(1)&(3), 924(c), 924(o) and 2__.

Name of Issuing Officer: [signature]

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JUL 27 2005    District of Columbia
Date and Location

Bail fixed at __Hold Without Bond__    by [signature]
                                           Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7-27-05 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER David Baldwin |
|---|---|---|
| DATE OF ARREST 1-29-07 | | |