IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

**NOTICE REGARDING GOVERNMENT'S UNOPPOSED MOTION
FOR PRETRIAL DETENTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this Notice Regarding Government's Unopposed Motion for Pretrial Detention.

1.  At defendant's arraignment on Monday, January 27, 2007, the United States made an oral motion for defendant's pre-trial detention pursuant to 18 U.S.C. § 3141(e). In the event the motion was to be contested, the Court invited the United States to submit any filing in support of its motion by the close of business on Wednesday, January 31, 2007, and scheduled a hearing for Monday, February 5, 2007.

2.  Pursuant to 18 U.S.C. § 3142(e), there is a statutory presumption that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required and the safety of the community, where probable cause has been found to believe the defendant committed an offense under 18 U.S.C. § 924(c) or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), which includes violations of 18 U.S.C. §§ 2332(b) and 2332a. In this case, as evidenced by Counts 1, 2, and 4, of the indictment, the grand jury has found probable cause to believe defendant committed such offenses. Accordingly, under 18 U.S.C. § 3142(e), following

a detention hearing, defendant must be detained unless he is able to provide evidence to rebut the presumption that there are no conditions or combination of conditions of release that will reasonable assure the appearance of defendant as required and the safety of any other person and the community.

3.     On Tuesday, January 29, 2007, counsel for the defendant, Robert Tucker of the Federal Public Defender Service, notified the United States that defendant was not contesting the United States' request for pretrial detention (and that the defendant would not seek to rebut the statutory presumption).[1]

4.     To assist the Court in complying with its statutory obligation "to include written findings of fact and a written statement of the reasons for the detention," 18 U.S.C. § 3142(i)(1), the United States will supply an oral proffer in support of pretrial detention at Monday's scheduled hearing. In addition, we will submit a proposed Pretrial Detention Order under separate cover before the hearing.

---

[1] After defendant's arraignment, on January 29, 2007, an immigration detainer issued by U.S. Customs and Border Protection, Department of Homeland Security (file no. A088 180 795), was lodged against defendant at the D.C. Jail. Thus, in the event of an order directing defendant's release pending trial, the detainer would keep defendant at the D.C. Jail for 48 hours during which time U.S. Customs and Border Protection could take custody of defendant and place him in immigration detention pending deportation proceedings. Defense counsel advised the United States that it did not oppose pre-trial detention after learning that the immigration detainer had been lodged.

WHEREFORE, the United States respectfully requests that the Court grants the motion for pretrial detention of the defendant.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                United States Attorney
                                D.C. Bar # 498-610

By:            /s/
                                GREGG A. MAISEL
                                Assistant U.S. Attorney
                                D.C. Bar # 447-902
                                National Security Section
                                555 4th Street, N.W., Rm. 11-450
                                Washington, D.C. 20530
                                (202) 514-7746

                                /s/
                                MATTHEW P. COHEN
                                Assistant U.S. Attorney
                                D.C. Bar #469-629
                                National Security Section
                                555 4th Street, N.W., Rm. 11-439
                                Washington, D.C. 20530
                                (202) 514-7427