IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

**NOTICE OF FILING PRETRIAL DETENTION ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court and defense counsel of its filing of a proposed Pretrial Detention Order, in advance of the hearing scheduled for February 5, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:      /s/
GREGG A. MAISEL
Assistant U.S. Attorney
D.C. Bar # 447-902
National Security Section
555 4th Street, N.W., Rm. 11-450
Washington, D.C. 20530
(202) 514-7746

     /s/
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
National Security Section
555 4th Street, N.W., Rm. 11-439
Washington, D.C. 20530
(202) 514-7427