IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING PROPOSED ORDER CONCERNING SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of its filing of the attached proposed Order. The proposed Order serves to memorialize the Court's ruling on February 5, 2007, granting defendant's oral motion to exclude time under the Speedy Trial Act. Counsel for the defendant, Robert Tucker, Esq., has reviewed and approved the attached proposed Order prior to filing.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498-619

GREGG A. MAISEL
Assistant U.S. Attorney
D.C. Bar #447-902

By:       /s/
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
National Security Section
555 4th Street, N.W., Rm. 11-439
Washington, D.C. 20530
(202) 514-7427 office
(202) 307-6059 facsimile