UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, through its undersigned counsel, hereby gives notice that Department of Justice Trial Attorney Marla B. Tusk is entering her appearance as additional counsel for the government. Ms. Tusk's New York Bar number is 4252078; her phone number is (202) 616-2886; and her e-mail address is Marla.Tusk@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

By: _____/s/_____
GREGG A. MAISEL
Assistant U.S. Attorney
D.C. Bar # 447-902
National Security Section
555 4th Street, N.W., Rm. 11-450
Washington, D.C. 20530
(202) 514-7746

        /s/
_____
MARLA B. TUSK
Trial Attorney, National Security Division
NY Bar # 4252078
10th & Constitution Avenue, N.W., Rm. 1738
Washington, DC 20530
(202) 616-2886