## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

### NOTICE OF FILING PROPOSED SPEEDY TRIAL ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court and defense counsel of its filing of a proposed Speedy Trial Order, in accordance with the Court's oral ruling at the status hearing held on April 25, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar # 498-610

By:       /s/
        GREGG A. MAISEL
        Assistant U.S. Attorney
        D.C. Bar # 447-902
        National Security Section
        555 4th Street, N.W., Rm. 11-450
        Washington, D.C. 20530
        (202) 514-7746