IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

**NOTICE OF FILING PROPOSED SPEEDY TRIAL ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court and defense counsel of its filing of a proposed Speedy Trial Order, in accordance with the Court's oral ruling at the status hearing held on July 3, 2007.

                                                                                 Respectfully submitted,

                                                                                 JEFFREY A. TAYLOR
                                                                                 United States Attorney
                                                                                  D.C. Bar # 498-610

By:           /s/          
       GREGG A. MAISEL
       Assistant U.S. Attorney
       D.C. Bar # 447-902
       National Security Section
       555 4th Street, N.W., Rm. 11-450
       Washington, D.C. 20530
       (202) 514-7746