UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

## ORDER

By Orders filed February 12, 2007 and April 27, 2007, the Court has previously excluded from the computation of time within which to commence trial for the defendant under the Speedy Trial Act the period of time from February 5, 2007, until July 3, 2007, in accordance with 18 United States Code §§ 3161(h)(8)(A), and (h)(8)(B)(ii). The defendant having sought a further continuance under 18 United States Code §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii) to exclude time under the Speedy Trial Act, and the Court having granted that continuance on the record during the status hearing in this matter held on July 3, 2007, the Court hereby issues the following written findings:

1.     Defendant stands charged by indictment with the following offenses: (1) Conspiracy to Murder a United States National Outside the United States, in violation of Title 18, United States Code, Section 2332(b); (2) Conspiracy to Use a Weapon of Mass Destruction, in violation of Title 18, United States Code, Section 2332a(a); (3) Conspiracy to Maliciously Damage or Destroy U.S. Government Property by Means of An Explosive, in violation of Title 18, United States Code, Sections 844(f) and (n); (4) Possession of a Destructive Device During a Crime of Violence and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 924(c) and 2; (5) Conspiracy to Possess a Destructive Device During a Crime of Violence,

in violation of Title 18, United States Code, Section 924(o); and (6) Teaching or Demonstrating the Making or Use of an Explosive with Intent to Further a Crime of Violence and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 842(p) and 2.

2. At the status hearing on July 3, 2007, the defendant, through counsel, sought the further continuance and exclusion under the Speedy Trial Act of the period until motions in this matter are due to be filed, now scheduled for January 15, 2008. Defense counsel reiterated that the case involves indicted extraterritorial offenses alleged to have been committed in Iraq by defendant, an Iraqi-born Dutch national. The defense also reiterated that evidence and witnesses essential to the defense's pre-trial investigation may exist in at least two foreign countries, Iraq and the Netherlands. Defense counsel informed the Court that he has not yet had an opportunity to take a planned trip to the Netherlands as part of the defense's pre-trial investigation. In addition, since the prior status hearing, held on April 25, 2007, the United States has produced to the defense several hundred additional pages of discovery. This material is in addition to the voluminous audio, video and documentary materials that the United States had produced to the defendant prior to the previous status hearing. Moreover, the United States informed the Court that, since the prior status hearing, it has received from the Netherlands additional documentary and audio materials relevant to this matter. The United States estimates that these materials will be translated and produced to the defense by September 2007.

3. The United States does not object to the requested exclusion of time under the Speedy Trial Act, pursuant to 18 United States Code §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii), for the period until motions in this matter are due to be filed, scheduled for January 15, 2008.

4. The Court inquired of the defendant whether he understood his counsel's request for an exclusion of time under the Speedy Trial Act and the reasons for the requested delay. The defendant notified the Court that he agreed with his counsel's request and that he understood the reasons for the requested exclusion of time. The Court accepts, relies upon and specifically incorporates the parties' representations regarding the complex nature of the case made on the record at the status hearings held on February 5, 2007, April 25, 2007 and July 3, 2007.

5. Based on the complexity of offenses, the nature of the prosecution, the fact that the possible penalties include life imprisonment, the voluminous discovery materials produced to date, the additional discovery that still must be translated and produced, and the facts that the offense are alleged to have occurred outside the United States and the majority of the witnesses reside abroad, the Court continues to find that this case is both "unusual" and "complex" within the meaning of 18 United States Code § 3161 (h)(8)(B)(ii), and that it is unreasonable to expect adequate preparation for pretrial proceedings, and for the trial itself, within the time limits established by the Speedy Trial Act.

6. Accordingly, pursuant to 18 United States Code §§ 3161(h)(8)(A) and 3161(h)(8)(B), the Court finds that the ends of justice are served by granting the defendant's request for the period until the motions in this matter are due to be filed, a period of approximately six additional months, to be excluded from calculation under the Speedy Trial Act. The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, as ruled by the Court at the status hearing held on July 3, 2007,

it is hereby ORDERED, that, in accordance with 18 United States Code §§ 3161 (h)(8)(A), and (h)(8)(B)(ii), the period of time from July 3, 2007 until January 15, 2008, shall be excluded from the computation of time within which to commence trial for the defendant under the Speedy Trial Act.

                                              PAUL L. FRIEDMAN
                                              UNITED STATES DISTRICT JUDGE

_____
      Date

cc:    All counsel of record