UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

NOTICE OF APPEARANCE

The United States of America, through its undersigned counsel, hereby gives notice that Department of Justice Trial Attorney David I. Miller is entering his appearance as additional counsel for the government. Mr. Miller's New York Bar number is 2959369, his phone number is (202) 353-2440, and his e-mail address is David.Miller@usdoj.gov.

The United States of America also hereby gives notice that Department of Justice Trial Attorney Marla B. Tusk is withdrawing her appearance as counsel for the government.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

By:        /s/
GREGG A. MAISEL
Assistant U.S. Attorney
D.C. Bar # 447-902
National Security Section
555 4th Street, N.W., Rm. 11-450
Washington, D.C. 20530
(202) 514-7746

                    /s/
DAVID I. MILLER
Trial Attorney
Counterterrorism Section
N.Y. Bar # 2959369
U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530
(202) 353-2440


                    /s/
MARLA B. TUSK
Trial Attorney, National Security Division
NY Bar # 4252078
10th & Constitution Avenue, N.W., Rm. 1738
Washington, DC 20530
(202) 616-2886