IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | CR. NO. 05-337 (PLF) |
| : | |
| **WESAM AL DELAEMA,** : | |
| : | |
| **Defendant.** : | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTIONS**

Counsel for the defendant moves the Court to extend the time for the filing of motions in this case. In particular, counsel requests that the date for filing motions requiring an evidentiary hearing be continued until February 12, 2008. It is anticipated that if any motions are filed requiring an evidentiary hearing, those would be motions to suppress statements and the fruits of searches and wiretaps. Counsel seeks this extension because of unexpected case-related matters in both the District Court and the Court of Appeals that have recently arisen. Mr. Kramer has conferred with AUSA Rachel Lieber and is authorized to state that the government does not object to this request. The parties suggest that the government's oppositions be due on March 28, 2008, with the defendant's replies due on April 4, 2008. This schedule should not affect the date for the motions hearing, which is scheduled to commence on April 14, 2008. The parties

will submit an additional motion setting a schedule for non-evidentiary motions.

                                       Respectfully submitted,

                                       A.J. KRAMER
                                       FEDERAL PUBLIC DEFENDER


                                       _____"/s/"_____
                                       Robert L. Tucker
                                       Assistant Federal Public Defender
                                       625 Indiana Avenue, NW   Suite 550
                                       Washington, DC   20004
                                       (202) 208-7500