IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CR. NO. 05-337 (PLF) |
| | : | |
| **WESAM AL DELAEMA,** | : | |
| | : | |
| **Defendant.** | : | |

## AGREED ORDER

Upon motion of the defense, and without objection from the government, it is hereby ORDERED that the date for the defense to file any motions requiring an evidentiary hearing be extended until February 12, 2008. The government will file its oppositions by March 28, 2008. The defense will file its replies by April 4, 2008. Any evidentiary hearing required by these motions will commence, as presently scheduled, on April 14, 2008.

The defense and the government will submit an agreed order setting new dates for the filing of any non-evidentiary motions.

Paul L. Friedman
United States District Judge