UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **Plaintiff,** | : |
| v. | : CRIMINAL NO. 05-337 (PLF) |
| **WESAM AL DELAEMA,** | : |
| **Defendant.** | : |

**O R D E R**

It is hereby *ORDERED* that the defendant's Motion to Suppress from evidence: (1) statements made by defendant, Wesam Al Delaema, to the Dutch authorities on May 2, 2005, May 11, 2005, and May 31, 2005, and (2) all evidence derived from wiretaps on Mr. Delaema's cellular telephone from September 10, 2004 until May 2, 2005 is hereby

*GRANTED*.

Date:            , 2008.

_____
PAUL L. FRIEDMAN
United States District Judge