IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

### JOINT MOTION TO VACATE MOTIONS HEARING DATE
### AND TO ENTER PROPOSED SCHEDULING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, respectfully files this joint Motion to vacate the scheduled motions hearing date and to enter a scheduling order proposed by the parties. In support of this Motion, the parties state as follows:

By previous Order of this Court, a hearing was scheduled to begin on April 14, 2008, to hear evidence and arguments on defendant's Motion to Suppress.

On February 27, 2008, the defendant provided the government with an 18-page letter setting forth discovery requests. The government will need substantial time to respond fully to the defendant's discovery requests. Both parties agree that, before any evidentiary hearing is held on the defendant's Motion to Suppress, the government should respond to the defendant's discovery requests and, in the event any disputes or other legal issues arise concerning the government's response, those disputes or legal issues should be resolved.

As a result, on February 29, 2008, counsel for both parties contacted chambers to inform the Court that both parties agreed that the April 14th motions hearing date should be vacated. The

parties further advised the Court that they have agreed on a proposed schedule for the case.

The parties believe that the schedule set forth below is reasonable, taking into account a realistic appraisal of the case's complexities and the logistical efforts involved in bringing a substantial number of foreign witnesses to the United States to testify.

The parties propose the following schedule:

1. The previously scheduled motions hearing date of April 14, 2008, should be VACATED.

2. To accommodate the schedules of government counsel and defense counsel, we request that the government's due date for filing its response to the defendant's Motion to Suppress be changed to April 14, 2008, and the defendant's due date for filing his reply be changed to April 28, 2008.

3. The defendant should file any pretrial non-evidentiary motions (excluding motions in limine) and any notices under Fed. R. Crim. P. 12.2(a), 12.2(b) or 12.3 no later than June 2, 2008.  The defendant should be permitted to file a motion to compel discovery at a later date for good cause shown.

4. The defendant has now made a written request for the government to identify any expert witnesses it intends to use in its case-in-chief at trial under Rules 702, 703 and 704, and to provide written summaries describing the witnesses' opinions, the asserted bases and reasons for the opinions, and the witnesses' qualifications. Accordingly, the government should provide the defense with any notice of expert witnesses required by Fed. R. Crim. P. 16(a)(1)(G) no later than June 2, 2008.

5. The government should file its response(s) to the defendant's pretrial non-

evidentiary motions and to any defense notices under Fed. R. Crim. P. 12.2(a), 12.2(b) or 12.3 no later than July 10, 2008.

6. The defendant should provide the government with any notice of expert witnesses required by Fed. R. Crim. P. 16(b)(1)(C) no later than July 10, 2008.

7. Replies to all motions and/or notices which were filed on or before June 2, 2008, other than the defendant's Motion to Suppress, should be filed no later than July 28, 2008.

8. If there are still any discovery issues outstanding or the defendant has filed a motion to compel discovery which has not been resolved by the parties, a hearing on such discovery issues should be held on September 22, 2008.

9. A motions hearing should be held on all pending motions beginning on October 14, 2008, and would be expected to last the remainder of that week.

10. Jury selection should begin on February 17, 2009, and trial should begin thereafter upon selection of a jury.

WHEREFORE, the parties respectfully requests that the Court grant this Motion. A proposed Order is attached.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>United States Attorney
>D.C. Bar # 498-610

By: _____/s/_____
>GREGG A. MAISEL
>Assistant U.S. Attorney
>D.C. Bar # 447-902
>National Security Section
>555 Fourth Street, N.W., Rm. 11-453
>Washington, D.C. 20530
>(202) 514-7746
>Gregg.Maisel@usdoj.gov
>
>A.J. KRAMER
>Federal Public Defender

By: _____/s/_____
>Robert L. Tucker
>Assistant Federal Public Defender
>625 Indiana Ave., N.W., Suite 550
>Washington, DC 20004
>(202) 208-7500