UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 05-337 (PLF)** |
| v. : | |
| : | |
| **WESAM AL DELAEMA,** : | |
| also known as : | |
| **WESAM KHALAF CHAYED DELAEME,** : | |
| : | |
| **Defendant.** : | |

## ORDER

By previous Order of this Court, a hearing was scheduled to begin on April 14, 2008, to hear evidence and arguments on defendant's Motion to Suppress.

On February 27, 2008, the defendant provided the government with an 18-page letter setting forth discovery requests. The government will need substantial time to respond fully to defendant's discovery requests. Both parties agree that, before any evidentiary hearing is held on the defendant's Motion to Suppress, the government should respond to the defendant's discovery requests and, in the event any disputes or other legal issues arise concerning the government's response, those disputes or legal issues should be resolved.

As a result, on February 29, 2008, counsel for both parties contacted chambers to inform the Court that both parties agreed that the April 14th motions hearing date should be vacated. The parties further advised the Court that they have agreed on a proposed schedule for the case.

The Court finds that the schedule set forth below is reasonable, taking into account a realistic appraisal of the case's complexities and the logistical efforts involved in bringing a substantial number of foreign witnesses to the United States to testify.

Accordingly, IT IS HEREBY ORDERED, that:

1. The previously scheduled motions hearing date of April 14, 2008, is hereby **VACATED.**

2. The government's response to the defendant's Motion to Suppress shall be filed on or before **April 14, 2008,** and the defendant's reply shall be filed on or before **April 28, 2008.**

3. The defendant shall file any pretrial non-evidentiary motions (excluding motions <u>in limine</u>) and any notices under Fed. R. Crim. P. 12.2(a), 12.2(b) or 12.3 no later than **June 2, 2008.** The defendant shall be permitted to file a motion to compel discovery at a later date for good cause shown.

4. The government shall provide the defense with any notice of expert witnesses required by Fed. R. Crim. P. 16(a)(1)(G) no later than **June 2, 2008.**

5. The government shall file its response(s) to the defendant's pretrial non-evidentiary motions and to any defense notices under Fed. R. Crim. P. 12.2(a), 12.2(b) or 12.3 no later than **July 10, 2008.**

6. The defendant shall provide the government with any notice of expert witnesses required by Fed. R. Crim. P. 16(b)(1)(C) no later than **July 10, 2008.**

7. Replies to all motions and/or notices which were filed on or before June 2, 2008, other than the defendant's Motion to Suppress, shall be filed no later than **July 28, 2008**.

8. If there are still any discovery issues outstanding or the defendant has filed a motion to compel discovery which has not been resolved by the parties, a hearing on such discovery issues shall be held on **September 22, 2008.**

9. A motions hearing shall be held on all pending motions beginning on **October 14, 2008**, and is expected to last the remainder of that week.

10. Jury selection shall begin on **February 17, 2009**, and trial shall begin thereafter upon selection of a jury**.**

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

_____
Date

cc: All counsel of record