UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 05-337 (PLF)** |
| v. | : | |
| | : | |
| **WESAM AL DELAEMA,** | : | |
| also known as | : | |
| **WESAM KHALAF CHAYED DELAEME,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE AND WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Caroline Krass will appear as additional counsel for the government. Ms. Krass's D.C. Bar number is 453506, her phone number is (202) 514-5623, and her e-mail address is Caroline.Krass2@usdoj.gov.

The United States of America also hereby gives notice that Assistant United States Attorney Matthew Cohen is withdrawing his appearance as counsel for the government.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

By:    _____/s/_____
CAROLINE KRASS
D.C. Bar No. 453506
Special Assistant United States Attorney
National Security Section
555 Fourth Street NW, Room 11-860
Washington, DC 20530
(202) 514-5623
Caroline.Krass2@usdoj.gov

-2-

/s/
_____
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4118
Washington, D.C. 20530
(202) 514-7427 office
Matthew.Cohen2@usdoj.gov