UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )    Criminal No. 05-337 (PLF)
                                    )
WESAM AL DELAEMA,                   )
                                    )
        Defendant.                  )
_____)

SCHEDULING ORDER

Upon consideration of the parties' oral representations and the parties' Joint Motion to Vacate Motions Hearing Date and to Enter Proposed Scheduling Order ("Joint Motion"), it is hereby ORDERED that

1.      The government's opposition to defendant's motion to suppress will be due on April 14, 2008, and defendant's reply will be due on April 28, 2008.

2.      Defendant will file any pretrial non-evidentiary motions and any notices under Rules 12.2(a), 12.2(b) or 12.3 of the Federal Rules of Criminal Procedure on or before June 2, 2008.  The government will respond to these motions and/or notices on or before July 10, 2008, and the defendant may reply on or before July 28, 2008.

3.      The government will provide the defense with notice of any expert witnesses required by Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure on or before June 2, 2008.  The defendant will provide the government with notice of any expert witnesses required by Rule 16(a)(1)(G) on or before July 10, 2008.

4.      A motions hearing is hereby scheduled to begin on October 20, 2008, at

1:45 p.m., to continue the remainder of the week, and to end on October 24, 2008.

       5.       The Court will not schedule an additional hearing to address outstanding discovery disputes at this time, though the parties may renew their request for such a hearing if, at a later date, they deem it necessary.

       6.       Jury selection will begin on February 24, 2009.

       7.       Trial will commence after the selection of a jury subject to a further Order of the Court. Trial is expected to last six to eight weeks.

       SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 7, 2008