IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.

WESAM AL DELAEMA,
  also known as
  WESAM KHALAF CHAYED DELAEME,

      Defendant.

Criminal No. 05-337 (PLF)

**OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

# ATTACHMENT 3

**Nationale Recherche** (National Criminal Investigation Service)

- **National Police Force**
- **National Criminal Investigation Service**
- **Unit Randstad-North**
- **Team 2**

| | |
|---|---|
| Subject | Extension of Warrant ex Article **126m** and **126/n** of the Code of Criminal Procedure (Investigation of Telecommunications and Order to Provide Information) |
| Telephone no. : | ▆▆▆▆▆▆▆ in use by Wesam Al Delaema |
| No. of Office of Public Prosecutor : | 13/847050-04 |
| Official report no. | |

## OFFICIAL REPORT

I, Josephus Franciscus Johannes Maria de Greef, Brigadier Inspector of the police, employed by the above-referenced unit, state the following:

**Previously issued Order**

On September 10, 2004, the Public Prosecutor of the Office of the Public Prosecutor, M.J. van Ling, Esq. issued a Warrant, registered under Number 13/847050-04 of the Office of Public Prosecutor, for Surveillance of Telecommunications and an Order to Provide Information as provided under Articles 126m and 126n of the Code of Criminal Procedure, regarding telephone number (▆▆▆▆▆▆) in use by the suspect:

**WESAM AL DELAEMA**

born in Fallujah, Iraq on (▆▆▆▆▆▆) 1973, residing at (▆▆▆▆▆▆▆▆▆▆▆) in Amersfoort,

because it is suspected that he committed crimes defined under Article 289 in conjunction with 47, par. 1 under 1, and/or 282, par. 1 in conjunction with 47, par. 1 under 1 and/or 282A and/or 140a of the Code of

Extension of Warrant ex Article 126m and n of the Code of Criminal Procedure    1

T-06145

Criminal Procedure, being crimes defined in Article 67, par. 1 of the Code of Criminal Procedure, which result in a serious violation of the legal order, given their nature or their connection with other crimes committed by the suspect.

**Relevant telephone conversations**

Wesam was in contact with an Anonymous Man who resides in Iraq (00017) on September 12, 2004 at 10:05 a.m.. Anonymous Man reported various assaults and rocket attacks in Iraq. Wesam asked Anonymous Man to film for him. Anonymous Man then said that is important for him to have a good camera just like his old camera. Wesam said that he will buy him such a camera.

Later in the conversation, Anonymous Man spoke of a Japanese airplane that was apparently blown up by people who staged a suicide attack.

On September 12, 2004 at 10:49 a.m., Wesam contacted the same Anonymous Man residing in Iraq (00020). Anonymous Man would go to look at the plane, and Wesam asked him to film it. He [Wesam] wanted a live recording.

On September 12, 2004 at 11:35 a.m, Wesam was in contact with a man named Mahir (00021). The conversation shows that Wesam intended to go to Russia. He asked Mahir to come along (to the Russian embassy) to apply for a visa. A few things need to be taken care of before November, otherwise it's 25 to 30 degrees below zero. Perhaps he would visit a doctor.

On September 12, 2004 at 1:57 p.m, Wesam contacted Mahir again (00023). During the conversation, Mahir proposed going to Poland instead of Russia to carry out the surgery/facelift, and indicated his desire to help Wesam, because he's an activist and because of his nationalist principles.

On September 13, 2004 at 12:37 a.m, Wesam was in contact with Kifo (00027). Wesam said that he is going completely crazy, but has no money to go over there. Wesam lost a lot of his family and wants to go back. Kifo asked Wesam to call him before he returns to Iraq.

On September 16, 2004 at 2:33 p.m Wesam contacted Faroussi [phonetic spelling] in Iraq (00070). Both men are very angry at a journalist named Karim Badr from Amsterdam, who mentioned names during TV-interviews and has talked about the resistance. Allegedly, Karim Badr also spoke about cars with explosives. Wesam says that he will fuck the son of a bitch when he comes face to face with him.

Later, Wesam asked Faroussi if he was able to take some nice shots. He did not succeed because the situation is truly frightening in Fallujah.

On September 18, 2004, Wesam contacted a man who was later identified as Douaa/Douha (00097). Douha said that he played in an American film last week and that the movie is shown all over the world. Wesam was happy to hear that.

On September 28, 2004, at 1:18 p.m., Wesam had contact with Kifo (00222). Wesam said that the problem he has is constantly on his mind. It is not a small problem like money that can be easily solved. It is about life and feelings; Wesam is a complete wreck mentally. "You should take a look at my beard, I am not the Wesam from before", said Wesam.

On October 2, 2004, at 5:39 p.m., Wesam had contact with Fares/Fares (00338). Fares mentioned in this conversation that he sent reports to Wesam and Majid via the Internet.

In the same conversation, Wesam indicated that he might return to Iraq and that he will appear in the press together with Fares.

Wesam also asked Fares if there was good news from Fallujah, to which Fares answered him with a question of whether he had already spoken to Majid. Wesam hadn't heard anything from him. Fares then said that he made strong films for Wesam. There are not that many but they are exclusive. Wesam wants the films to be saved for him. Fares also indicates that the films are shown on TV.

On October 2, 2004, at 10:33 p.m., Wesam was in contact with Fares. The latter spoke about an event he caught on camera. Wesam asked if he knows the website felluja.com, to which Fares replied that his pictures were displayed on it and that his name, Fares Delaemi, was mentioned as well.

On October 2, 2004, at 10:51 p.m., Wesam had contact with Kahtan (00344). Both men discussed that they want to go to Russia and that someone else has to run (Kathan's) garage, so that the money can keep coming in. Wesam also indicated that he has nothing to lose.

In the same conversation, Wesam said that they will see how the situation is, and that they can go to Uzbekistan to live with the poor people in the mountains.

On October 3, 2004, at 4:34 p.m., Wesam had contact with Zina (00352). During this conversation, Zina asked if she can send the pictures, to which Wesam said to use the email/computer at the garage because he does not have a computer at home.

The cited conversations show that Wesam Al Delaema is maintaining contacts with people in Iraq who are obviously planning confrontations between Iraqi groups and coalition troops on his behalf, or at his request. Furthermore, it is possible that Wesam is (mentally) preparing himself to go back to Iraq, clearly to fight there.

**Printout list of phone numbers**

When requesting a systematic observation, it has already been indicated that the printout list of phone numbers in contact with mobile telephone number ( ▇▇▇▇ ) used by Wesam Al Delaema, has been made available to this team, listing the printout data from the beginning of January 2004 until September 8, 2004.

It appears from the acquired printout data that this telephone connection is used several times each day. The printout data also show that there were no outgoing calls between April 10, 2004 at 5:11 p.m. and May 22, 2004 at 7:24 p.m.

The telephone log data indicate that the last 9 outgoing calls from mobile telephone number ▇▇▇▇ were made from the area of Transportstraat K1-326 West, in Schiphol, in other words, near the arrival and departure terminals of Schiphol airport.

This indicates that the user of mobile telephone number ▇▇▇▇ may have left the country from Schiphol airport on Saturday, April 10, 2004.

The first outgoing call was made on May 22, 2004 while the user of mobile telephone number ▇▇▇▇ was in the area of Amsterdamseweg in Amersfoort.

The aforementioned makes it clear that the user of the device, who has almost certainly been Wesam Al Delaema exclusively at the time of the kidnapping and beheading of Nicolas Berg in Iraq, was outside the Netherlands, as indicated in the official reports which were attached to the first request for an Order for Special Investigation Services and an Order to Provide Information.

**Request to extend Order for Special Surveillance Services**

It is necessary to continue surveillance of the content of these communications in the interest of the investigation, by tracking the telephone contacts and movements of the user of this communications device.

On these grounds, I request that the Public Prosecutor, M.J. van Ling, extend the Order to Investigate Telephone Communications with regard to telephone number ▮▮▮▮, in accordance with Article 126m of the Code of Criminal Procedure.

### Telecom Provider

An inquiry with the Central Information Point for Telecommunications Research (CIOT) shows that telephone number ▮▮▮▮ is issued by the provider T-Mobile.

### Request for Order to Provide Information

In the interest of the investigation it is necessary to obtain information on all traffic in which that the aforementioned suspect participated and which took place through the telecommunications network, by continuing surveillance of the telephone contacts and movements of the suspect.

On these grounds, I request that the Public Prosecutor, Ms. M.J. van Ling, Esq., order that all requested information shall continue to be furnished with respect to said traffic in the period to be named hereinafter as per 'execution of **telecommunication investigations**', in accordance with the Code of Criminal Procedure, regarding telephone number ▮▮▮▮

### Execution of Telecommunications Surveillance

The special surveillance of telecommunications will be performed by one or more criminal investigator(s) during the period: *(maximum 4 weeks)*

from:   October 7, 2004
until:  November 4, 2004

### Execution of Order to Provide Information

The Order is to be executed by everyone who is employed by a provider acting in accordance with the Law on Telecommunication Provisions by virtue of:

> ➤ An Authorization as provided in Article 3, first section of this law;
> ➤ an Infrastructure Permit as provided in Article 3a, first section of this law;

> - a Permit as defined in Article 13a as a Temporary Permit, as provided in Article 13i of this law;
> - an Authorization as provided in Chapter III of this law, when a telecommunications device functions as a service provider for the public;

shall furnish all requested information regarding the abovementioned traffic to the Public Prosecutor, through the intermediary of the regional police of Amsterdam/Amstelland, in accordance with Article 126n of the Code of Criminal Procedure.

The information to be provided refers to the period:

National Police Force
National Criminal Investigation Service
Unit Randstad-North
Team 2
Telephone number         : 
Fax number               :

**Addition**

The following documents are added to the Official Report:


Prepared under oath, Amsterdam, October 5, 2004.


                                                                The aforementioned reporting officer,

                                                                J.F.J.M. de Greef
                                                               [signature]

**Office of the Public Prosecutor**

**Extension of Warrant for Surveillance of Telephone Communications (Art. 126m Code of Criminal Procedure**

No. of the Office of the Public Prosecutor: **13/847050-04**

The Public Prosecutor of the **Office of the Public Prosecutor**;

| | |
|---|---|
| Given | the Warrant to Record Telephone Communications taking place via number ▇ ▇▇▇▇ on Sept. 10, 2004, no. 13/847050-04 of Office of the Public Prosecutor; |
| In view of | the facts and/or circumstances evident from the investigation and which are cited in the Official Report of the **National Criminal Investigation Service, Unit Randstad-North of October 5, 2004**; |
| Considering | that the abovementioned investigation shows that the suspect is being incriminated and the investigation results show that the suspect is having conversations of interest to the investigation; |
| Considering | that the aforementioned Warrant needs to be extended on the aforementioned grounds; |
| In view of | the Authorization granted by the Public Prosecutor to extend the Warrant to Record Telephone Communications taking place via the number ▇▇▇▇ of October 6, 2004; |
| In view of | Article 126m of the Code of Criminal Procedure; |
| Decides | that the aforementioned Warrant is extended for a maximum period of four weeks, covering the period from Oct. 7, 2004 until Nov. 3, 2004; |

Schiphol, October 7, 2004

The Public Prosecutor,
**M.J. van Ling, Esq.**
[signature]

T-06174

T-06175

Office of the Public Prosecutor

**Extract of Warrant for Surveillance of Telephone Communications (Art. 126m of the Code of Criminal Procedure)**
EXTENSION

To **T-Mobile**, being the public telecommunications network provider or public telecommunications services provider as defined by the Telecommunications Law.

No. of the Office of the Public Prosecutor: 13/847050-04

The Public Prosecutor of the **Office of the Public Prosecutor**;

| | |
|---|---|
| Given | the Warrant for Surveillance of Telephone Communications taking place via the number ▮▮▮▮ of Sept. 10, 2004, no. 13/847050-04 of the Office of the Public Prosecutor; |
| Considering | that the aforementioned Warrant needs to be extended; |
| In view of | the Authorization granted by the Public Prosecutor to extend the Warrant to Record Telephone Communications taking place via number ▮▮▮▮ of October 6, 2004; |
| In view of | Article 126m of the Code of Criminal Procedure; |
| Decided | that the aforementioned Warrant is extended for a maximum period of four weeks, covering the period from **Oct. 7, 2004 until Nov. 3, 2004**; |

Schiphol, October 7, 2004

The Public Prosecutor,
M.J. van Ling, Esq.
[signature]

T-06176

**OFFICE OF THE PUBLIC PROSECUTOR, UNIT RANDSTAD-NORTH**

Order to Provide Traffic Data (Art. 126m of the Code of Criminal Procedure) (telephone landline)

To **T-Mobile**, the public telecommunications network provider or public telecommunications services provider, as defined by the Telecommunications Law.

No. of the Office of the Public Prosecutor: 13/847.050-04

The Public Prosecutor of the abovementioned Office of the Public Prosecutor;

Given the Official Report of the **National Criminal Investigation Service Unit Randstad-North** of **October 5, 2004**;

Considering that, with regard to one or more persons, it is suspected that he/she/they has/have committed a crime/crimes as described in Article 67, first par. of the Code of Criminal Procedure;

Considering that it has been ordered in the interest of the investigation that information be provided regarding the telephone communication traffic with regard to the user of the telephone number ▮▮▮▮▮▮▮▮

In accordance with Article 126n of the Code of Criminal Procedure;

Orders that the public telecommunications network provider and the public telecommunications services provider, respectively, as required by the Telecommunications Law, furnish the following information regarding said user and/or said traffic (check off desired information) to the Public Prosecutor through the intermediary of the **National Criminal Investigation Service Unit Randstad-North**;

**Future traffic data**
The numbers of the natural persons or legal entities with whom the user has contact or has attempted to contact, or of the natural persons or legal entities who attempted to establish a connection with the user, as well as the date and time at which the connection was established and terminated and the duration of the connection, and/or the date and time at which an attempt to establish the connection was made, as well as, if it concerns mobile telephony, the Cell Identity (including conversion table) and/or the X/Y-coordinates and the IMEI-number. This Order concerns data that are processed after this Order and will be in effect for a period of maximum three months starting on **October 7, 2004** and ending on **November 3, 2004**;

The information can be made available to the **National Criminal Investigation Service Unit Randstad-North**, which can be reached at the number ▮▮▮▮▮▮▮▮ fax number ▮▮▮▮▮▮▮▮

I kindly ask you to supply the data digitally.

**Schiphol, October 7, 2004**

M.J. van Ling,
**Public Prosecutor**
[signature]