IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 05-337 (PLF) |
| v. | : | |
| | : | |
| WESAM AL DELAEMA, | : | |
| also known as | : | |
| WESAM KHALAF CHAYED DELAEME, | : | |
| | : | |
| Defendant. | : | |

OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

# ATTACHMENT 5

POLICE
- Utrecht
- Arresting team

C1 001

## PROCES-VERBAL

| | |
|---|---|
| **Reporting Agents:** | On Monday 12 May 2005 at 5.00, we:<br>U 05 and U 13<br>attached to the Arresting team of the Utrecht uniformed police, and cooperating with various other members of this team, arrested, as a suspect in the violation of article: 140 of the Penal Code and article 26 section 1 of the law on Firearms and Ammunition: |
| **SUSPECT:** | **Wesam AL DELAEMA**<br><br>**Born in Fallujah Ambar (Iraq),** ▮▮▮    1973,<br>living at ▮▮▮▮▮▮ Amersfoort.<br><br>This arrest after the fact, took place by order of the Public Prosecutor for the National Public Prosecutor's Office, Mme Atty. M. J. van Ling.<br><br>Upon entrance into the residence of the suspect we were in possession of a verbal warrant to enter the residence and to search it for purposes of arrestation, issued by Public Prosecutor atty. F. Teeven of the National Prosecutor's Office, Schiphol office. |
| **Special Circumstances** | Since the suspect could reasonably be assumed to have a firearm in his possession, ready for immediate use, and could use this on persons, we the reporting agents, did not identify ourselves before we entered. Because of this, the reason for our entrance was also not communicated in advance. After the arrest, the reasons for entry was immediately communicated to the tenant and we identified ourselves as required by law.<br><br>During entrance and arrest, we loudly announced, "POLICE". During this, the suspect was not held under fire with the official firearm.<br><br>During the arrest, I, U13, saw that suspect kept his hands under the duvet. I, U13 ordered suspect several times to show his hands. He did not obey this. I then gave suspect a kick against the side of his head [sic] and struck him in the face. I subsequently saw that suspect showed his hands so that he could be handcuffed. |

T-C1-001

C1 002

| | |
|---|---|
| Grounds for arrest: | Suspect was also immediately informed of the grounds for his arrest. |
| Use of handcuffs: | In view of the fact that suspect could reasonably be assumed to have in his possession a firearm prepared for immediate use, and would use this against persons, suspect was handcuffed. |
| Safety search: | On the same grounds above-named, suspect's clothing was searched, in the process of which no relevant materials were found. |
| Transfer: | Suspect was transferred to the police station on Asch van Wijckstraat 45, Amersfoort, where on Monday 2 May at 05.15, we arrived with him. Suspect was put in custody here. |
| Arraignment: | On Monday 2 May at 05.10, suspect was arraigned before the deputy public prosecutor, inspector of police for the National Police Corps Services, C. Koreman.<br>On his orders, suspect was detained for investigation. |
| Assignment: | Suspect, with this procès-verbal, was assigned to the chief inspector of police of the National Police Corps Services, R. Sousdi. |

The personal information for the reporting officers represented here by code names is known to the team head of the Arrest team of the Utrecht police and is recorded there as such in the administrative records.

We the reporting officers being duly sworn have written up this procès-verbal which we closed and signed in Amersfoort on Monday 2 May 2005.

U05     U13
[Signatures]

**National**
**Criminal Investigation Department**
[logo]

- National Police Corps
  National Criminal Investigation Department
- Randstad-Noord Unit
  Amsterdam Office

---

**Procès-Verbal of questioning in connection with remanding in custody**

Procès-verbal number:
Investigation: Kapper
For suspect: W. Al Delaema
Prosecutor's office number:

---

## PROCÈS-VERBAL

Today, Monday 2 May 2005, around 11.15, before me, H.J. de Jong, inspector for the National Police Corps, National Criminal Investigation Division and assistant public prosecutor, a man was arraigned, suspected of:

- participation in a terrorist organization,
- possession of firearms an/or ammunition, Category II and/or III
- assault

punishable per articles:  140a, Penal Code
                          26, first section juncto 55, Law on firearms and ammunition
                          300, Penal Code.

This man identified himself to me as:

Name:   Al Delaema
Forename(s):   Wesam
Place of birth: Fallujah Ambar (Iraq)
DOB: ███████1973
Residence:
City: 3812 XG Amersfoort

He was not accompanied by his counsel.

After I had informed him of the acts of which he was suspected, and I had informed him that he was not obliged to answer questions, he stated:
[handwritten]
" I hear and understand you reasonably well. I hear and understand the interpreter clearly. I have not assaulted anyone, I wouldn't know whom. I have nothing to do with firearms. I have no firearms at home and I have not given a firearm to anyone.

custody-questioning suspect            Page 1 of 2

T-C1-003

C1 004

I often, and regularly, travel to Iraq and Syria. This was already more than 2 weeks ago. I am not part of any group of persons who are involved in terrorist activities. I was arrested in Syria on my last visit, because I was suspected of spying for America or the Netherlands. I have nothing to do with that."

[printed form]
After suspect had had his statement read to him, he stated
X  That he affirmed and signed it
[] That he affirmed it but did not wish to sign it
[] That he affirmed it but did not wish to sign it because it was made up in Dutch.
X Questioning took place with the assistance of [handwriteen] Mr Al Hamawandi

The phrases preceded by [] are only applicable if preceded by an X.

In regard to the suspect, I executed the attached order to remand in custody, a copy of which was given to him.

I have written up this procès-verbal, being duly sworn, closed and signed it in Amersfoort, on Monday 2 May 2005.

The inspector of police,
H.J. de Jong
[Signature]

custody-questioning suspect              Page 2 of 2

\* National Criminal Investigative Service    **POLICE**
National Police corps

### ORDER TO REMAND IN CUSTODY

Copy

X Procès-verbal
X Suspect
X Counsel
X Reclassing [Reclassification?]
X Public prosecutor

Inspector of Police H.J. de Jong, attached to the National Police Corps, National Criminal Investigative Branch, and in this capacity assistant public prosecutor,

Considering that on 2 May 2005 at 11.15, a person was arraigned before him who identified himself as:

Name: Wesam Al Delaema
Born: Fallujah, Iraq, on ███████ 1973
Residing: ███████████ Amersfoort

Considering, that the person named is suspected of: -- see attachment—
Criminal per – see attachment—

For which act pretrial custody is permitted and for the purpose of which suspect has been heard by him, assistant public prosecutor;

Considering, that the investigation opened for this affair is not yet complete and in the interest thereof it is necessary that suspect, during the investigation, remain at the disposal of the law;

Considering, that the existence of these grounds is evident from the circumstance that:

- confrontation of suspect with witnesses and/or their statements is necessary;
- further/additional questioning of suspect is necessary;
- the tracing of (the) accomplice (s), without suspect having opportunity to contact them, is necessary;
  the retracing of an established act to a recognizable culprit, so that this person can be prosecuted and judged, is necessary;
- the danger of obliteration of evidence/ flight from the scene of judgment, which would constitute an impediment to the execution of justice, is present;

Considering articles 57, 58, 59a, and 67 of the Penal Code;

Orders, in the interests of the investigation, that suspect shall remain at the disposal of law enforcement during the investigation, and to that purpose, per 02 May 2005 at 11.30, shall

T-C1-005

C1 006

be remanded in custody in the Amersfoort police station, in Amersfoort, for a period of no more than three days, [handwritten, inserted] or in Amsterdam as the case may demand.

Monday 02 May 2005-09-15

The assistant Public Prosecutor

[Signature]

T-C1-006

C1 007

- I have immediately submitted written notice of this order to the Public Prosecutor for the District National Prosecutor's office.
  A copy of this order was immediately submitted to suspect.
- A copy of this order was immediately submitted to suspect's counsel.
- Immediate notification of this order was conveyed to the director of the foundation for Rehabilitation/Council for the protection of children, [filled in by hand] Amsterdam.

Monday 02 May 2005
The assistant public prosecutor
[Signature]

T-C1-007

<u>**Supplement to the remanding in custody of the subject:**</u>

Name: Wesam Al Delaema
Born: Fallujah, Iraq on ▓▓▓▓▓ 1973
Residing: ▓▓▓▓▓▓▓▓▓▓ Amersfoort

<u>**Article:**</u>
140A of the Penal Code;
26 section 1 juncto 55 of the Law on Firearms and Ammunition;
300 of the Penal Code.

<u>**Description**</u>
Membership in a terrorist organization;
Possession of firearms and ammunition, categories II and III;
Assault.

02 May 2005
The assistant public prosecutor
[Signature]

T-C1-008