IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WESAM AL DELAEMA,
  also known as
WESAM KHALAF CHAYED DELAEME,

        Defendant.

Criminal No. 05-337 (PLF)

## OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

# ATTACHMENT 7

T-PR-00046

R094          **COURT OF ROTTERDAM, PENAL LAW SECTOR**

A     039

<u>OFFICIAL REPORT OF SUSPECT HEARING</u>
(Judicial review/IBS)

| | |
|---|---|
| Public Prosecutor's Office number | : 10/000304-04 |
| RC-number | : 04/4097 |
| Date | : May 4, 2005 |
| Examining Magistrate | : H.S.G. Verhoeff |
| Court Clerk | : J. Stolle |
| Attorney of the suspect | : P.C. Tuinenburg |

Suspect:
    Al Delaema, Wesam
    born in Faluga on  1973
    residing in Amersfoort,

Since the person to be heard does not (sufficiently) understand and speak the Dutch language, the hearing will take place with the assistance of an interpreter, Mr. A. Biada, in the Arabic language, who, prior to the start of the hearing, will take an oath as required by the law that he will fulfill his task to the best of his knowledge and belief.

The examining magistrate tells the suspect he is not obligated to answer.

The hearing commences at 2;20PM.

The suspect answers as follows to the questions asked:

You confront me with what I'm suspected of.
There's nothing right about that. In addition, I wish to call upon my right to remain silent.
Indeed, I worked in the car repair shop 'de Isselt' in Amersfoort. In addition, I also receive a 50% benefit from the GAK (Municipal Administrative Office). I'm actually a barber by profession. I'm married and my wife has recently moved from Iraq to the Netherlands. We are living together in a house at the Lupinestraat. I do not use drugs. I have no outstanding debts and I don't gamble either.
You're telling me that I have no relevant information.


Agreed and cosigned by the interpreter.

                          [signature]
......                      ......
(interpreter)         (suspect)
[signature]

T-PR-00047

A    040

The counsel of the suspect refers to all aspects.

The examining magistrate announces to the suspect and his counsel at 2:35 PM that she does not deem the imprisonment unjust and that she adjudges the order of arrest for fact1. She rejects the order of arrest on the grounds of fact 2 due to insufficiently serious objections.

Official report whereof,

[signature]  
J. Stolle  
Court Clerk

[signature]  
H.S.G. Verhoeff,  
Examining Magistrate

T-PR-00054

R010b      **COURT OF ROTTERDAM, PENAL LAW SECTOR**

                                                                                                                            A         047

<u>JUDICIAL REVIEW OF IMPRISONMENT</u>
<u>ORDER OF ARREST</u>

Public Prosecutor's Office number        : 10/000304-04
RC-number                               : 04/4097

The examining judge, entrusted with handling penal matters in the court of Rotterdam;

**Given** the request of the public prosecutor as intended in article 59a, clause 2, Code of Criminal Procedure.

**Given** the order of May 4, 2005 of the public prosecutor in this district, to the effect of granting an order of arrest of;

    Wesam Al Delaema
    born in Fallujah on ▓▓▓▓▓ 1973
    residing in Amersfoort, ▓▓▓▓▓

**On the advice** of the suspect and his counsel, P.C. Tuinenburg.

**In view of** the official report created in this respect by the police and/or investigators;

**IMPRISONMENT**

**Considering** that the suspicion rose that the suspect has committed the facts described in the order of imprisonment of May 2, 2005, in the case of which temporary custody is permitted;

**Considering** that the order of imprisonment of the suspect is in the interest of the investigation;

**Considering** that, with regard to the order of imprisonment, the procedural requirements set forth in the law have been taken into account and that the examining judge does not deem the order of imprisonment unjust on other grounds;

**DETENTION; CASES IN WHICH**

**Considering** that the suspicion rose that the suspect has committed the facts described in the order of arrest of May 4, 2005, in the case of which an order of temporary detention can be granted and/or in the case of which facts the court takes note and imprisonment is determined according to the legal description;

**Considering** that the content of the dossier shows there are serious objections against the suspect;

**DETENTION; GROUNDS**

**Considering** that there is evidence of a significant reason of social safety which requires the immediate imprisonment of the suspect, consisting of:
that an imprisonment of twelve years or more is set due to the presumably committed fact(s) according to the legal description, and that the legal order has been severely shocked by that (those) fact(s) (art. 67a, clause 2, sub 1 Sv), which is a generally known fact given the nature of the fact(s) and the circumstances under which the fact(s) is(are) committed.

that temporary detention is necessary in all reasonableness in order to shed light on the truth other than through the statements of the suspect (art. 67a, clause 2, sub 4 Sv), which is evident from the circumstances that the investigation is still ongoing, a witness must be heard and/or a co-suspect must be detained, and/or technical investigation still needs to take place and it must be taken into account in all reasonableness that the suspect at large could frustrate the investigation;

A    048

**ARTICLES**

**In view of** what is stipulated in the articles 59a through 59c of the Code of Criminal Procedure.

Furthermore, **in view of** what is stipulated in articles 63, 64, 65, 67, 67a and 78 of the Code of Criminal Procedure and articles 83, 83a, 140a and 311 of the Penal Law Code;

**DECISION**

**Adjudges** the imprisonment not to be unjust.

**Assigns** at 2:35 PM the order of arrest for fact 1 and rejects the order of arrest for fact 2;

**Grants** an order of arrest against the suspect for a term of fourteen days.

Rotterdam, May 4, 2005

[signature]
H.S.G. Verhoeff,
Examining Judge

---

The public prosecutor lifts the order of imprisonment as of the date and time on which the order of arrest is issued.

The public prosecutor authorizes the execution of the aforesaid decree and informs the suspect about it;

Rotterdam,

The Public Prosecutor


Transferred and registered on................20..
The Director of the Detention Center