IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WESAM AL DELAEMA,
  also known as
WESAM KHALAF CHAYED DELAEME,

Defendant.

Criminal No. 05-337 (PLF)

OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

# ATTACHMENT 8

T-PR-00251

```
OVERVIEW DETAINEE WITH VISITOR(S)                                02/28/2007 09:20 Page:1
0000
```

Detainee:    1683877 Delaema W., al
Period:      05/04/2005 until 10/24/2005

| | |
|---|---|
| date visit: | 05/05/2005 |
| kind of visit: | Attorney-at-law |
| planned visiting hours: | 4:01 PM-5:01 PM |
| location: | room 5 |
| | |
| visitor: | 63327 Tuinenburg Mr. *, P.C. |
| identity document: | ▮▮▮ Not legal identity card |
| gender: | Male |
| visiting hours: | 4:01 PM-4:56 PM |
| kind of visitor: | Attorney-at-law |
| street name: | ▮▮▮ |
| city name: | Amsterdam |
| country: | the Netherlands |
| phone number: | ▮▮▮ |
| | |
| date of visit: | 05/27/2005 |
| kind of visit: | Attorney-at-law |
| planned visiting hours: | 1:00 PM-2:00 PM |
| location: | room 5 |
| | |
| visitor: | 63327 Tuinenburg Mr. *, P.C. |
| identity document: | ▮▮▮ Not legal identity card |
| gender: | Male |
| visiting hours: | 1:05 PM-1:53 PM |
| kind of visitor: | Attorney-at-law |
| street name: | ▮▮▮ |
| city name: | Amsterdam |
| Country: | the Netherlands |
| phone number: | ▮▮▮ |
| | |
| date visit: | 05/30/2005 |
| kind of visit: | Family |
| planned visiting hours: | 1:15 PM-2:15 PM |
| location: | visitor's room 2 |
| | |
| visitor: | 63930 Jabbar, Z. |
| identity document: | ▮▮▮ Identity card |
| gender: | Female |
| date of birth: | ▮▮▮ |
| visiting hours: | 12:38 PM-4:50 PM |
| kind of visitor: | |
| street name: | ▮▮▮ |
| city name: | Amersfoort |
| country: | the Netherlands |
| | |
| date visit: | 06/06/2005 |
| kind of visit: | Family |
| planned visiting hours: | 1:15 PM-2:15 PM |
| location: | visiting room 2 |
| | |
| visitor: | 63328 Jabbar Bedewi Hassan, H. al |
| identity document: | ▮▮▮ Identity card |
| gender: | Female |
| date of birth: | ▮▮▮ |
| visiting hours: | 12:55 PM-2:24 PM |
| kind of visitor: | Family visit |
| street name: | ▮▮▮ |
| city name: | Amersfoort |
| country: | the Netherlands |
| | |
| visitor: | 64050 Schrijver V.B.T |
| identity document: | ▮▮▮ Driving license |
| gender: | Male |
| date of birth: | ▮▮▮ |
| visiting hours: | 12:57 PM-2:24 PM |
| kind of visitor: | Family visit |
| street name: | ▮▮▮ |
| city name: | Baarn |
| country: | the Netherlands |