IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.

WESAM AL DELAEMA,
  also known as
  WESAM KHALAF CHAYED DELAEME,

      Defendant.

Criminal No. 05-337 (PLF)

:

:
:
:


**OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**


# ATTACHMENT 9






