IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | CR. NO. 05-337 (PLF) |
| : | |
| **WESAM AL-DELAEMA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of defendant's motion to Dismiss Any Counts in Indictment Subject to The Rule of Specialty or the Doctrine Against Double Criminality, and for good cause shown, it is hereby ORDERED that the motion is GRANTED .

DATE:

PAUL L. FRIEDMAN
United States District Judge