IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | CR. NO. 05-337 (PLF) |
| : | |
| **WESAM AL-DELAEMA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of defendant's motion to Dismiss Count One and to Strike Allegations Of Counts Four and Five, and for good cause shown, it is hereby ORDERED that the motion is GRANTED .

_____                          _____
Date                                              PAUL L. FRIEDMAN
                                                  United States District Judge