IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CR. NO. 05-337 (PLF) |
| | : | |
| **WESAM AL-DELAEMA,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of defendant's motion to Dismiss Count Four and Five, and for good cause shown, it is hereby ORDERED that the motion is GRANTED

_____                    _____
Date                                         PAUL L. FRIEDMAN
                                             United States District Judge