OFFICE OF THE ADMINISTRATOR
OF THE
COALITION PROVISIONAL AUTHORITY
BAGHDAD, IRAQ

PUBLIC NOTICE

REGARDING PUBLIC INCITEMENT TO VIOLENCE AND DISORDER

June 5, 2003

The Administrator of the Coalition Provisional Authority (CPA) hereby advises all citizens, residents of, and visitors to Iraq of the following security measure.

Any person making a prohibited pronouncement in a public place or distributing or attempting to distribute any prohibited material in whatever form, will be subject to immediate detention by CPA security forces and held as a security internee under the Fourth Geneva Convention of 1949.

Prohibited pronouncements and material are pronouncements and material that:
   a) incite violence against any individual or group, including racial, ethnic or religious groups and women;
   b) incite civil disorder, rioting or damage to property;
   c) incite violence against Coalition Forces or CPA personnel;
   d) advocate alterations to Iraq's borders by violent means;
   e) advocate the return to power of the Iraqi Ba'ath Party or make statements that purport to be on behalf of the Iraqi Ba'ath Party.

These prohibitions are not designed to exclude legitimate debate and criticism, and in particular are not meant to prohibit expression of dissatisfaction with political processes as they emerge. Rather, they are designed to discourage public pronouncements and the distribution of materials that could incite violence or destabilize the sensitive environment that currently exists in Iraq.

ATTACHMENT B