IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

## NOTICE OF EXPERT WITNESSES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that, pursuant to the Court's Scheduling Order, the government today provided defense counsel with a letter identifying the expert testimony which the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence in its case-in-chief at trial.

The government provided notice of its intent to call the following experts:

1. FBI Supervisory Special Agent **W. Mark Whitworth**, an expert in explosives and hazardous devices;

2. **Eric Benn,** an expert witness in the field of imagery analysis and mapping;

3. **Evan Kohlmann,** an expert in the field of international terrorism and insurgency groups;

4. **Dr. Bruce Hoffman**, an expert in the field of international terrorism and insurgency groups; and

5. **Dr. Stephen B. Baker,** an expert in the field of craniomaxillofacial injury.

The government provided the defense a written summary of the opinions of those experts, to the extent such opinions are now known. As the government informed the defense, most of the experts listed herein have not yet completed their analyses. Accordingly, the government expects to supplement its notice when these analyses are completed. The government provided the defense with a summary of the qualifications of each expert.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By:       /s/

GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 447-902
National Security Section
555 Fourth Street NW, Room 11-453
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov

RACHEL CARLSON LIEBER
Assistant United States Attorney
D.C. Bar No. 456-491
National Security Section
555 Fourth Street NW, Room 11-909
Washington, DC 20530
(202) 353-8055
Rachel.Lieber@usdoj.gov

DAVID I. MILLER
Trial Attorney
N.Y. Bar # 2959369
Counterterrorism Section
U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530
(202) 353-2440
David.Miller@usdoj.gov