UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| vs. | ) ) | Cr. No. 05-337 (PLF) |
| WASAM AL-DELAEMA, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING

Defendant, Wasam Al-Delaema, through undersigned counsel, respectfully submits the attached proposed order, which was erroneously omitted from the filing of the Motion to Dismiss Indictment [#36] on June 2, 2008.

                                                Respectfully submitted,

                                                A.J. KRAMER
                                                Federal Public Defender

                                                /s/

                                                _____
                                                ROBERT L. TUCKER
                                                Assistant Federal Public Defender
                                                625 Indiana Avenue, N.W., Ste 550
                                                Washington, D.C.  20004
                                                (202)  208-7500