IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **CR. NO. 05-337 (PLF)** |
| : | |
| **WESAM AL-DELAEMA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of defendant's Motion to Dismiss Indictment, and for good cause shown, it is hereby ORDERED that the motion is GRANTED .

_____                    _____
Date                                                                  PAUL L. FRIEDMAN
                                                                            United States District Judge