IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 05-337 (PLF) |
| v. : | |
| : | |
| WESAM AL DELAEMA, : | |
| also known as : | |
| WESAM KHALAF CHAYED DELAEME, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS
ANY COUNTS IN THE INDICTMENT SUBJECT TO THE RULE OF
SPECIALITY OR THE DOCTRINE AGAINST DOUBLE CRIMINALITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Response to Defendant's Motion to Dismiss Any Counts in the Indictment Subject to the Rule of Speciality or the Doctrine Against Double Criminality (the "Motion").

Defendant's Motion seeks no relief at this juncture, but is merely a placeholder for a future motion that he may file once he reviews certain documentation. Specifically, the Motion recites the rule of speciality and the doctrine against double criminality, and notes that "Mr. Delaema reserves the right to supplement" his Motion based upon certain extradition-related documents he hopes to obtain. The government does not believe that the defendant's Motion fully and accurately sets forth the applicable legal analysis concerning either the rule of speciality or the doctrine against double criminality. However, the government does not see the need to respond to the Motion at this time. If and when the defendant does "supplement" his Motion with a specific claim under either the rule of speciality or the doctrine against double criminality, the government will file its substantive response.

        Respectfully submitted,

        JEFFREY TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610

By:   /s/_____
        GREGG A. MAISEL
        Assistant United States Attorney
        D.C. Bar No. 447-902
        National Security Section
        555 Fourth Street NW, Room 11-453
        Washington, DC 20530
        (202) 514-7746
        Gregg.Maisel@usdoj.gov

        RACHEL CARLSON LIEBER
        Assistant United States Attorney
        D.C. Bar No. 456-491
        National Security Section
        555 Fourth Street NW, Room 11-909
        Washington, DC 20530
        (202) 353-8055
        Rachel.Lieber@usdoj.gov

        DAVID I. MILLER
        Trial Attorney
        N.Y. Bar No. 2959369
        Counterterrorism Section
        U.S. Department of Justice
        10th & Constitution Avenue, N.W.
        Washington, D.C. 20530
        (202) 353-2440
        David.Miller@usdoj.gov

        CAROLINE D. KRASS
        Special Assistant United States Attorney
        D.C. Bar No. 453506
        National Security Section
        555 Fourth Street NW, Room 11-860
        Washington, DC 20530
        (202) 514-5623
        Caroline.Krass2@usdoj.gov

Dated: July 10, 2008