IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | CR. NO. 05-337 (PLF) |
| : | |
| **WESAM AL DELAEMA,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S MOTION TO EXTEND TIME FOR FILING REPLY TO GOVERNMENT'S OPPOSITIONS TO DEFENDANT'S MOTIONS

Reply to government's opposition of the defendant's motions are due today, July 28, 2008. Counsel for Mr. Delaema plans to file two replies. The *reply to government's opposition to dismiss* is completed and will be filed today. The *reply to government's opposition to the defendant's motion to dismiss Count One and strike allegations of Counts Four and Five* is substantially completed.

Last night counsel learned he needed to leave the city today on an unexpected matter. Counsel expects to return next Monday, August 4th. Counsel therefore moves the court for an extension, for Monday, August 4$^{th,}$ to file *defendant's reply to government's opposition to the defendant's motion to dismiss Count One and strike allegations of Counts Four and Five*.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"
Robert L. Tucker
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC  20004
(202) 208-7500