IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **CR. NO. 05-337 (PLF)** |
| : | |
| **WESAM AL DELAEMA,**  : | |
| : | |
| **Defendant.**  : | |

## ORDER

Upon motion of the defense, it is hereby ORDERED that the date for the defense to file its reply to the government's opposition to the defendant's motion to dismiss Count One and strike allegations of Counts Four and Five be extended until August 4, 2008.

DATE:                 , 2008

Paul L. Friedman
United States District Judge