IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | |
| : | **Criminal No. 05-337 (PLF)** |
| **WESAM AL DELAEMA,** : | |
| also known as   : | |
| **WESAM KHALAF CHAYED DELAEME,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S NOTICE OF PRETRIAL CONFERENCE
PURSUANT TO SECTION 2 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice of an *ex parte* pretrial conference pursuant to the government's request and Section 2 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, to consider matters relating to classified information that may arise in connection with this prosecution. The United States requested and the Court conducted this *ex parte* conference on July 31, 2008.

Respectfully submitted,

JEFFREY TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By:    /s/_____
GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth Street NW, Room 11-453
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov

RACHEL CARLSON LIEBER
Assistant United States Attorney
D.C. Bar No. 456491
National Security Section
555 Fourth Street NW, Room 11-909
Washington, DC 20530
(202) 353-8055
Rachel.Lieber@usdoj.gov

DAVID I. MILLER
Trial Attorney
N.Y. Bar No. 2959369
Counterterrorism Section
U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530
(202) 353-2440
David.Miller@usdoj.gov

Dated: August 1, 2008

## **CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of August, 2008, a copy of the foregoing Government's Notice of Pretrial Conference Pursuant to Section 2 of the Classified Information Procedures Act was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

           /s/_____
GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth Street NW, Room 11-453
Washington, DC 20530
(202) 514-7746
Gregg.Maisel@usdoj.gov