IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Criminal No. 05-337 (PLF) |
| **WESAM AL DELAEMA,** : | |
| also known as : | |
| **WESAM KHALAF CHAYED DELAEME,** : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF
MOTION AND MEMORANDUM OF LAW IN SUPPORT OF
REQUEST FOR PROTECTIVE ORDER
PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice that, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, it has filed, through the Court Security Officer or his designee, for the Court's *ex parte*, *in camera,* review, its Motion and Memorandum of Law for a Protective Order Pursuant to CIPA Section 4 and Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

                                      Respectfully submitted,

                                      JEFFREY TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. Bar No. 498610

By:    /s/_____
        GREGG A. MAISEL
        Assistant United States Attorney
        D.C. Bar No. 447902
        National Security Section
        555 Fourth Street NW, Room 11-453
        Washington, DC 20530
        (202) 514-7746
        Gregg.Maisel@usdoj.gov

        RACHEL CARLSON LIEBER
Assistant United States Attorney
D.C. Bar No. 456491
National Security Section
555 Fourth Street NW, Room 11-909
Washington, DC 20530
(202) 353-8055
Rachel.Lieber@usdoj.gov

DAVID I. MILLER
Trial Attorney
N.Y. Bar No. 2959369
Counterterrorism Section
U.S. Department of Justice
10th & Constitution Avenue, N.W.
Washington, D.C. 20530
(202) 353-2440
David.Miller@usdoj.gov

Dated: September 5, 2008

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of September, 2008, a copy of the foregoing Government's Notice of Filing of Motion and Memorandum of Law in Support of Request for Protective Order Pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

            /s/  
GREGG A. MAISEL  
Assistant United States Attorney  
D.C. Bar No. 447902  
National Security Section  
555 Fourth Street NW, Room 11-453  
Washington, DC 20530  
(202) 514-7746  
Gregg.Maisel@usdoj.gov