IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :
                                     :
        -v-                          :     Criminal No. 05-337 (PLF)
                                     :
WESAM AL DELAEMA,                    :
    also known as                    :
    WESAM KHALAF CHAYED DELAEMA      :


Government's *Ex Parte, In Camera,* Under Seal
Motion and Memorandum of Law for a Protective Order
Pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1)