# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### EXEMPLIFICATION CERTIFICATE

I, Nancy Mayer-Whittington, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

**Request by the United States District Court for the District of Columbia for International Judicial Assistance from the Islamic Republic of Pakistan**

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Washington, D.C. on  May 02, 2003           .

Nancy Mayer-Whittington
_____
*Clerk*

_____
*(By) Deputy Clerk*

I,   Emmet G. Sullivan                    , a Judicial Officer of this Court, certify that Nancy Mayer-Whittington, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

May 02, 2003
_____
*Date*

_____
*Signature of Judicial Officer*

United States District Judge
_____
*Title*

I, Nancy Mayer-Whittington, Clerk of this United States District Court, keeper of the seal, certify that the Honorable  Emmet G. Sullivan            , Judicial Officer named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at Washington, D.C. on  May 02, 2003           .

Nancy Mayer-Whittington
_____
*Clerk*

_____
*(By) Deputy Clerk*

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been
   signed by ...Judge Emmet G. Sullivan.........

3. acting in
   the capacity of ..United States District.......
   Court Judge
4. bears the seal/stamp of..U..S..District.Court····
   for the District of Columbia
   CERTIFIED

5. at .Wash.,.D.C.......  6. the .2nd.of.May.......
                                       2003
7. by.Donna.Callis,.Deputy.Clerk............

8. No.227....................

9. Seal/Stamp                     10. Signature:
                                      Donna Callis

# STATEMENT OF EFFECT OF APOSTILLE

Apostilles certify only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identify of the seal or stamp which the document bears. An apostille does not imply that the contents of the document are correct, nor that they have the approval of the United States Courts.

Clerk, United States District Court