UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-0337 (PLF) |
| ) | |
| WESAM AL DELAEMA, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter came before the Court on (1) the defendant's motion to suppress certain evidence obtained by Dutch officials investigating him in the Netherlands, and (2) the defendant's three motions to dismiss some or all of the charges against him.[1]  The government opposed these motions and the defendant submitted replies in support of his motions.  From October 20, 2008 to October 24, 2008, the Court conducted an evidentiary hearing in connection with the defendant's motion to suppress.  That hearing included lengthy testimony from Dutch law enforcement officials, other evidence pertaining to the investigation of the defendant by Dutch officials and evidence pertaining to the United States government's involvement (or lack thereof) in that investigation.  The Court also heard extensive oral argument on all of the defendant's motions on November 25, 2008.  Upon careful consideration of the parties' papers, the evidence presented during the five-day evidentiary hearing, counsel's oral arguments and the relevant case law, and for the reasons stated more fully in open court, it is hereby

---

[1]  Defense counsel orally withdrew a fourth motion to dismiss in open court on November 25, 2008: Defendant's Motion to Dismiss Any Counts in Indictment Subject to the Rule of Speciality or the Doctrine Against Double Criminality [33].

ORDERED that Defendant's Motion to Suppress [27] is DENIED; it is

FURTHER ORDERED that Defendant's Motion to Dismiss Count One and to Strike Allegations of Counts Four and Five [34] is DENIED; it is

FURTHER ORDERED that Defendant's Motion to Dismiss Counts Four and Five [35] is DENIED; it is

FURTHER ORDERED that Defendant's Motion to Dismiss the Indictment [36] is DENIED; and it is

FURTHER ORDERED that the parties shall appear for a status conference on January 5, 2009 at 1:45 p.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 1, 2008

2